IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 13 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| PENNY L. BYERS, | ) |
| Plaintiff | ) |
| v. | ) Case No. 4:04cv00019 |
| | ) ORDER |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

This action is before this Court on the Motion for Approval of Attorney's Fee under 42 U.S.C. § 406(b). Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

Counsel for plaintiff is hereby awarded attorneys' fees in the amount of $5,150.00. The Commissioner is directed to withhold this amount from the plaintiff's award and to transmit the funds to plaintiff's attorneys.

The Clerk is directed to send a certified copy of this order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 12th day of July, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge